Argued and submitted July 25, affirmed September 2,
reconsideration denied September 25,
petition for review denied October 14, 1980 (289 Or 741)

In the Matter of Salaz, Frances Audrey,
Treasa, and Mingo, Minor Children.

STATE ex rel JUVENILE DEPARTMENT OF
MULTNOMAH COUNTY,
*Respondent,*

*v.*

SALAZ,
*Appellant.*

(No. 61,720, CA 16257)

615 P2d 1187

Richard D. Senders, Portland, argued the cause for appellant. With him on the brief was Rose and Senders, Portland.

Rudolph S. Westerband, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

The parental rights of both mother and father were terminated as to their three children. Only mother appeals, contending that the court erred in terminating her parental rights and in admitting a Children's Services Division (CSD) file into evidence.

On de novo review we are convinced that the trial court was correct in terminating mother's parental rights. In our review of the record we have disregarded the information in the CSD file. The evidence, apart from the CSD file, establishes that termination of parental rights is required.

Affirmed.